# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| **MAMADOU DIALLO,** | Case No. 1:25-cv-647 |
| Petitioner, | |
| vs. | Judge Susan J. Dlott |
| **LYNCH,** | Chief Magistrate Judge Stephanie K. Bowman |
| Respondent. | |

## ORDER TO SUBMIT JOINT PROPOSED SCHEDULING ORDER

Petitioner Mamadou Diallo, a detainee at the Butler County Correctional Complex, in Hamilton, Ohio, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. 4). The case has been referred to the Undersigned pursuant to 28 U.S.C. § 636(b) and General Order 22-05 regarding assignments and references to United States Magistrate Judges.

The parties are **ORDERED** to confer on a case schedule and file a joint proposed scheduling order no later than **September 17, 2025**.

**IT IS SO ORDERED.**

September 10, 2025

*s/Stephanie K. Bowman*
STEPHANIE K. BOWMAN
Chief United States Magistrate Judge