IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| MAMADOU DIALLO, | : | Case No. 1:25-cv-647 |
| Petitioner, | : | |
| | : | |
| vs. | : | Judge Susan J. Dlott |
| | : | |
| ROBERT K. LYNCH, | : | Chief Magistrate Judge Stephanie K. Bowman |
| Respondent. | : | |
| | : | |

## ORDER REGARDING GENERAL ORDER 25-04

Effective October 29, 2025, United States District Court for the Southern District of Ohio General Order 25-04, *as amended*, ORDERED that all civil litigation involving as a party the United States of America, its agencies, its officers or employees, … be immediately suspended, postponed, and held in abeyance continuing for a period of fourteen (14) days from October 29, 2025. Habeas corpus cases pending or filed under Chapter 153 of Title 28 are expressly exempted from the amended General Order. **Thus, the instant case is not stayed and remains active.**

IT IS SO ORDERED.

Nov 6, 2025
_____

*Susan J. Dlott*
_____
SUSAN J. DLOTT
United States District Judge